# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00396-CV

## Ex parte G. D.

### FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### NO. 25DCV351956, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant G. D. has filed a motion to dismiss this appeal. Appellee advised this Court that it does not oppose the motion. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellant's Motion

Filed: July 23, 2025